FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

IN RE:                §
                     §      **CASE NO. 09-40498-EDJ**

**KENNETH WATSON HONOUR**    §
**KAREN LEANNA HONOUR**      §
     **DEBTORS**            §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Specialized Loan Servicing LLC, as servicing agent for Wells Fargo Bank, N.A., as indenture Trustee of the GMACM Home Equity Loan Trust 2004- HE3**<br>Name of Transferee | **GMAC Mortgage Corporation of PA**<br>Name of Transferor |

Court Claim # (if known):6-1
Amount of Claim: $144,212.07
Date Claim Filed:2/27/2009

Name and Address where notices to transferee
Should be sent:

    **Specialized Loan Servicing LLC**
    **8742 Lucent Blvd, Suite 300**
    **Highlands Ranch, Colorado 80129**

Phone:_____
Last Four Digits of Acct. #1212

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx1975**

Name and Address where transferee payments
should be sent (if different from above):

    **Specialized Loan Servicing LLC**
    **8742 Lucent Blvd, Suite 300**
    **Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx1975**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lawrence J. Buckley         Date: FEBRUARY 7, 2011
    Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.*

# CERTIFICATE OF SERVICE

I, Lawrence J. Buckley, hereby certify that a true and correct copy of the foregoing Notice to Transfer Claim pursuant to Bankruptcy Rule 3001(e) was served upon the following parties by first class mail, postage prepaid on this 7 day of FEBRUARY 2011:

Debtors' Attorney
Patrick L. Forte
Law Offices Of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, California 94612-3610

Debtors
Kenneth Watson Honour
Karen Leanna Honour
1716 Peary Way
Livermore, California 94550

United States Trustee
Office of the US Trustee
1301 Clay Street #690N
Oakland, California 94612

Chapter 13 Trustee
Martha G. Bronitsky
Post Office Box 5004
Hayward, California 94540-5004

/s/ Lawrence J. Buckley
Lawrence J. Buckley

7745-N-6804
09-40498-EDJ